IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHAEL C. PETTY**                                                         **PLAINTIFF**

**VS.**                                                **CIVIL ACTION NO. 1:11cv16-JMR**

**MIKE BOYD, et. Al.**                                                     **DEFENDANTS**

_____

**FINAL JUDGMENT**

This matter came on to be heard on the Motion [19-1] for Summary Judgment filed by defendants Ken Broadus, Mike Byrd and Chad Powell on March 25, 2011.  The Court, after a full review and consideration of the record, the parties' submissions, the pleadings on file and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED**, that this Civil Action is hereby dismissed with prejudice.  All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED**, this the   31st    day of August, 2011.


                                                                *s/ John M. Roper, Sr.*
                                                         CHIEF UNITED STATES MAGISTRATE JUDGE